# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.          CASE NO: 8:16-cr-437-T-36JSS

**MAURICE BENJAMIN**

___

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.55), entered October 4, 2018, to which there has been no objection and the 14-day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for October 24, 2018 at 11:15 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 22nd day of October 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services